**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter  **7**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **NoCo Hospitatity** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **NoCo Hospitality ATX** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 7 – 4 5 8 0 5 0 8** |

**4. Debtor's address**

**Principal place of business**

**5905 Liesure Ln Rd**
Number    Street

**Austin, TX 78745**
City                          State    ZIP Code

**Travis**
County

**Mailing address, if different from principal place of business**

Number    Street

City                          State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                          State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **NoCo Hospitality**                                                  Case number *(if known)*
       Name

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u> <u>5</u> <u>1</u> <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY

        District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  **Jose Paolo Soriano**          Relationship  **Managing Member**

        District  **Western District of Texas**         When  **12/20/2024**
                                                              MM / DD / YYYY

        Case number, if known  **24-11614**

Debtor    **NoCo Hospitatity**                                                      Case number *(if known)*
Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other |
| | **Where is the property?** _____ |
| | Number       Street |
| | _____ |
| | _____ |
| | City                          State      ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.    Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

■ **Statistical and administrative information**

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **NoCo Hospitatity**

Name

Case number *(if known)*

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million |

☐ $50,001-$100,000  ☐ $10,000,001-$50 million

☐ $100,001-$500,000  ☐ $50,000,001-$100 million

☐ $500,001-$1 million  ☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

MM/ DD/ YYYY

X _____

Signature of authorized representative of debtor

DOX SIGN  4XWZ2R275-4LJRKKXQ

Title _____ **Managing Member** _____

**Jose Paolo Soriano**

Printed name

**18. Signature of attorney**

X _____  *Kannon Moore*

Signature of attorney for debtor

DOX SIGN  29L2VZ4-4LJRKKXQ

Date **01/30/2025**

MM/ DD/ YYYY

**Kannon Moore**

Printed name

**Kannon Moore Law**

Firm name

**7500 Rialto Blvd 1-250**

Number    Street

**Austin**    **TX**    **78735**

City    State    ZIP Code

**(512) 379-8080**    **kannon@kannonmoorelaw.com**

Contact phone    Email address

**24110128**    **TX**

Bar number    State

Fill in this information to identify the case:

Debtor Name  **NoCo Hospitality**

United States Bankruptcy Court for the: ___**Western**___  District of  ___**Texas**___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

   3.1. _____     _____     ___ ___ ___ ___     _____

   3.2. _____     _____     ___ ___ ___ ___     _____

4. **Other cash equivalents** *(Identify all)*

   4.1 _____     _____

   4.2 _____     _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     [_____]

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____     _____

Debtor    __NoCo Hospitatity_____    Case number *(if known)* _____
              Name

7.2  _____    _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____    _____

    8.2  _____    _____

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.                    | _____ |

---

| Part 3: | Accounts receivable |

10.  **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                          **Current value of
                                                          debtor's interest**

11.  **Accounts receivable**

    11a. 90 days old or less:  _____  -  _____  =.....➜    _____
                              face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:     _____  -  _____  =.....➜    _____
                              face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | _____ |

---

| Part 4: | Investments |

13.  **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                          **Valuation method used     Current value of
                                          for current value           debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____    _____    _____

    14.2  _____    _____    _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of
                                                 ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

---

Debtor   **NoCo Hospitatity**_____   Case number *(if known)* _____
          Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____   _____   _____

    16.2 _____   _____   _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   | _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.   | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Debtor    **NoCo Hospitality**                                          Case number *(if known)* _____
          Name

| 27. | **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?** |
| --- |

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| | (Where available) | | |
| **28.** **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

| 33. | **Total of Part 6** | | | _____ |
| --- | --- | --- | --- | --- |
| | Add lines 28 through 32. Copy the total to line 85. | | | |

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

| **38.** | **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?** |
| --- |

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor  **NoCo Hospitality**         Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **Couch & TV** | $1,000.00 | | $500.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $500.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    **NoCo Hospitatity**                                      Case number *(if known)* _____
          Name

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 **2016 Cargo Craft Trailer** / VIN: 4D6EB1626GC045878          **unknown**                              **$25,000.00**

49. **Aircraft and accessories**

    49.1 _____          _____  _____  _____

    49.2 _____          _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____          _____  _____  _____

51. **Total of Part 8**                                                          **$25,000.00**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| Debtor | **NoCo Hospitatity** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**   Intangibles and intellectual property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| **64.** **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| **65.** **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

_____

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**   All other assets

Debtor    **NoCo Hospitatity**                                          Case number *(if known)* _____
          Name

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No. Go to Part 12.

     ☐ Yes. Fill in the information below.

                                                                                        **Current value of
                                                                                        debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

     _____     _____ – _____ = ➡    _____
                                  Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____     Tax year _____     _____

     _____     Tax year _____     _____

     _____     Tax year _____     _____

73.  **Interests in insurance policies or annuities**

     _____                              _____

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

     _____                              _____

     **Nature of claim**      _____

     **Amount requested**     _____

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     _____                              _____

     **Nature of claim**      _____

     **Amount requested**     _____

76.  **Trusts, equitable or future interests in property**

     _____                              _____

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

     _____                              _____

     _____                              _____

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.          _____

---

Debtor    **NoCo Hospitatity**      Case number *(if known)* _____
      Name

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $25,500.00 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... | | $25,500.00 |

Fill in this information to identify the case:

Debtor name __**NoCo Hospitatity**__

United States Bankruptcy Court for the: __**Western**__ District of __**Texas**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

| **2.1** **Creditor's name** | | | | |
| --- | --- | --- | --- | --- |

**2.1  Creditor's name**
__**Horizon Bank, SSB**__

**Creditor's mailing address**
__PO Box 685133__

__Austin, TX 78768__

**Creditor's email address, if known**

_____

**Date debt was incurred**   __07/12/2022__

**Last 4 digits of account number**   __9__ __6__ __1__ __2__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
2016 Cargo Craft Trailer                    $12,370.52          $25,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $12,370.52

Fill in this information to identify the case:

Debtor name **NoCo Hospitatity**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,266.35 | $144,266.35 |

**2.1** Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Office**
**P.O. Box 7346**
**Philadelphia, PA 19101**

Date or dates debt was incurred
_____

Last 4 digits of account
number **0  5  0  8**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  __**NoCo Hospitality**__
_____
      Name

Case number *(if known)* _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

__Allen Ojeda__

__12800 Briar Forest Dr #45__

__Houston, TX 77077__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** __unknown__

---

**3.2** | **Nonpriority creditor's name and mailing address**

__Artesia Real Estate__

__901 S Mopac Barton Oaks Plaza IV Ste 285__

__Austin, TX 78746__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unpaid Rent__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $18,412.50

---

**3.3** | **Nonpriority creditor's name and mailing address**

__Bread and Butter Public Relations Inc.__

__4131 N Central Expressway Ste 900__

__Dallas, TX 75204__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unpaid Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $15,316.57

---

**3.4** | **Nonpriority creditor's name and mailing address**

__Eastside Boilers__

__c/o Gregory Pitt__

__160 Wildhorse Crk__

__Buda, TX 78610__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** __unknown__

Debtor  **NoCo Hospitality**
_____     Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**Godspeed Talent**

**c/o Sam Kulka**

**2607 Trailside Dr #3**

**Austin, TX 78704**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Gusto**

**525 20th Street**

**San Francisco, CA 94107**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     $48,000.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**inKind Cards Inc.**

**inKind Credit Fund LP**

**600 Congress Ave 1700**

**Austin, TX 78701**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     $1,463,414.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Intuit, Inc**

**2700 Coast Avenue**

**Mountain View, CA 94043**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:     $24,749.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **NoCo Hospitatity**
Name                                                    Case number *(if known)*

---

### Part 2:   Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318,000.00 |
|---|---|---|---|

**Itria Ventures LLC**

**1 Penn Plaza #4915**

**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318,000.00 |
|---|---|---|---|

**Itria Ventures LLC**

**1 Penn Plaza #4915**

**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Jane Doe**

**c/o Louie Cook**

**653 Everhard RD STE 105**

**Corpus Christi, TX 78411**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Jesusa Bargas**

**c/o Dario Bargas JR**

**5114 Balcones Woods Drive Ste 307**

**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor     **NoCo Hospitatity**
_____     Case number *(if known)* _____
           Name

---

**Part 2:**  Additional Page

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Kaitlyn Manire**

**6405 Goldville Ct**

**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid Vendor**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$530.00** |
|---|---|---|---|

**Lola Schwab**

**5343 Richmond Ave #9**

**Houston, TX 77050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid Vendor**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**Lucia Zac**

**4854 Twin Post Rd**

**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid Vendor**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Mackay Perry**

**c/o Emily Frost**

**2499 S Capital of Texas Hwy**

**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor   **NoCo Hospitatity**
_____
Name

Case number *(if known)* _____

<table>
<tr><td>**Part 2:**</td><td>Additional Page</td></tr>
</table>

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,875.00 |
|---|---|---|---|

**Mia's Print Shop**

**5 Baker Road**

**Valley Falls, NY 12185**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Northward Partners LLC**

**451 Logan Rd**

**Georgetown, TX 78628**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Ricardo Alfonso Vega Castro**

**c/o John Duff**

**719 S Shoreline BLVD**

**Corpus Christi, TX 78401**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Teva Construction LLC**

**13280 Northwest Fwy Ste f 393**

**Houston, TX 77040**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **NoCo Hospitatity**
_____    Case number *(if known)* _____
                Name

| **Part 3:** | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **CW Hearrell**<br>**310 W HWY**<br>**Sherman, TX 75092** | Line **3.18**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Nathan Richardson**<br>**ATTN: Counsel for Itria Ventures**<br>**1415 Louisiana Street Suite 2100**<br>**Houston, TX 77002** | Line **3.10**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Richard James & Associates Inc**<br>**Attn: Jay Shaw**<br>**4317 NE Thurston Way Ste 270**<br>**Vancouver, WA 98662** | Line **3.8**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **NoCo Hospitatity**
         Name

Case number *(if known)*

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $144,266.35 |
| 5b.  **Total claims from Part 2** | 5b. + | $2,211,198.44 |
| 5c.  **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $2,355,464.79 |

Fill in this information to identify the case:

Debtor name _____**NoCo Hospitatity**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____  Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **NoCo Hospitatity**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **NoCo Hospitatity** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street | | ❏ D ❏ E/F ❏ G |
| | | City        State        ZIP Code | | |
| 2.6 | | Street | | ❏ D ❏ E/F ❏ G |
| | | City        State        ZIP Code | | |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

**Fill in this information to identify the case:**

Debtor name _____ **NoCo Hospitatity** _____

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.......................................................................................

   | |
   |---:|
   | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................

   | |
   |---:|
   | **$25,500.00** |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................

   | |
   |---:|
   | **$25,500.00** |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | |
   |---:|
   | **$12,370.52** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................

   | |
   |---:|
   | **$144,266.35** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | |
   |---:|
   | + **$2,211,198.44** |

4. **Total liabilities**...................................................................................................................
   Lines 2 + 3a + 3b

   | |
   |---:|
   | **$2,367,835.31** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **NoCo Hospitatity** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$367,606.46** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$219,202.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to  Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | **NoCo Hospitality** | Case number *(if known)* |
|--------|----------------------|--------------------------|
| | Name | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|-----------------------------|-------|-----------------------|--------------------------------------------------------|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|----------------------------|-------|-----------------------|----------------------------------|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br><br> _____ | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|-----------------------------|-----------------------------|------|-------------------|
| | | | |

Debtor  **NoCo Hospitality**
    Name                                                              Case number *(if known)*

5.1.

    Creditor's name

    Street

    City                State   ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX–__ __ __ __ | | |
| Street | | | |
| City    State   ZIP Code | | | |

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **ITRIA VENTURES LLC, Plaintiff, v. 110 E. RIVERSIDE OPCO LLC, 110 E. RIVERSIDE MANAGER LLC, 110 E. RIVERSIDE LLC, JOSE PAOLO SORIANO, NOCO HOSPITALITY LLC, 400 COLORADO LLC, 504 W 24TH STREET SUITE B OPCO LLC, 720 SPACE ATX LLC, 1806 E. 12TH STREET LLC, AND 2806 MANOR RD LLC** | **Alleged breach of Receivables Sale Agreement (RSA), Enforcement of security interest** | **THE DISTRICT COURT OF TRAVIS COUNTY, TEXAS, 419TH, DISTRICT COURT**<br>Name<br>**1000 Guadalupe St**<br>Street<br><br>**Austin, TX 78701**<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case number |
|---|
| **D-1-GN-24-004867** |

Debtor    **NoCo Hospitality**

    Name                                                  Case number *(if known)*

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **MacKay Perry v. NoCo Hospitality, LLC et al.** | **Alleged FLSA violations, negligence, assault, intentional infliction of emotional distress** | **Travis County District Clerk** <br> Name <br> **1000 Guadalupe St** <br> Street <br><br> **Austin, TX 78701** <br> City    State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **1:24-CV-00366-DI** | | | |
| 7.3. | **Jesusa Bargas v. NoCo Hospitality LLC d/b/a Estelle's Social Lounge** | **Alleged negligence** | **Travis County District Clerk** <br> Name <br> **1000 Guadalupe St** <br> Street <br><br> **Austin, TX 78701** <br> City    State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **D-1-GN-24-003254** | | | |
| 7.4. | **Jane Doe v. BRIAN KERLEY, MICHAEL INGRAM, JOHN DOE, 110 E. RIVERSIDE OPCO, LLC, 110 E. RIVERSIDE MANAGER, LLC , 110 E. RIVERSIDE, LLC, NoCo HOSPITALITY, LLC and RDCWORLD, LLC** | **Sexual assault, negligence, gross negligence, dram shop liability, negligence per se, negligent undertaking, respondent superior** | **Travis County District Clerk** <br> Name <br> **1000 Guadalupe St** <br> Street <br><br> **Austin, TX 78701** <br> City    State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **D-1-GN-24-005617** | | | |
| 7.5. | **Allen Ojeda v NoCo Hospitality, LLC and Paolo Soriano** | | **Travis County Justice of the Peace, Precinct 1** <br> Name <br> **4717 Heflin Ln # 127** <br> Street <br><br> **Austin, TX 78721-1521** <br> City    State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **J1-CV-24-005630** | | | |
| 7.6. | **Godspeed Talent vs NoCo Hospitality** | | **Travis County Justice of the Peace, Precinct #5** <br> Name <br> **P.O. Box 1748** <br> Street <br> **Judge Rico Olivo** <br> **Austin, TX 78767** <br> City    State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **J5-CV-24-273168** | | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Eastside Boilers vs NoCo Hospitality** | | **Travis County Justice of the Peace, Precinct 4** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **4011 McKinney Falls Parkway Ste 1200** | ☐ Concluded |
| | **Case number** | | Street | |
| | **J4-CV-24-003867** | | | |
| | | | **Austin, TX 78744** | |
| | | | City          State     ZIP Code | |

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Ricardo Alfonso Vega Castro v. Biglari Holdings, Inc., Maxim Inc., 10 E. Riverside Opco LLC d/b/a Superstition Austin, and Iron Sheath Protection Group LLC** | **Negligence, gross negligence, vicarious liability, respondent superior, negligent hiring/supervision /training/retention /entrustment, negligent infliction of emotional distress, intentional infliction of emotional distress, false imprisonment** | **Travis County District Clerk** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **1000 Guadalupe St** | ☐ Concluded |
| | **Case number** | | Street | |
| | **D-1-GN-24-003753** | | | |
| | | | **Austin, TX 78701** | |
| | | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | Court name and address |
| | Street | Case title | Name |
| | | Case number | Street |
| | City          State     ZIP Code | Date of order or assignment | City          State     ZIP Code |

---

**Part 4: Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

---

Debtor   **NoCo Hospitality**

Name                               Case number *(if known)*

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                 State    ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:**   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Kannon Moore Law** | **Attorney's Fee** | **1/30/2025** | **$1,500.00** |

**Address**

**7500 Rialto Blvd 1-250**
Street

**Austin, TX 78735**
City                State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

---

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

| Part 7: | Previous Locations |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.  **1000 E Cesar Chavez Ste 100** | From  **04/30/2021**    To  **09/13/2024** |
| Street | |
| **Austin, TX 78702** | |
| City          State    ZIP Code | |

Debtor  **NoCo Hospitality**
Name
25-10127-smr  Doc#1  Filed 01/31/25  Entered 01/31/25 09:33:31  Main Document  Pg 34 of 44
Case number *(if known)*

14.1.  **1101 E 6th Street**          From  **11/01/2020**   To  **04/09/2025**
Street

**Austin, TX 78702**
City          State    ZIP Code

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City     State    ZIP Code | _____ _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?
☐ No
☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Horizon Bank** <br> Name <br><br> **600 W 5th Street** <br> Street <br><br><br> **Austin, TX 78701** <br> City   State   ZIP Code | XXXX– **5 0 1 0** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | **12/10/2024** | **($150.00)** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

NoCo Hospitality

Name

Case number *(if known)*

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- ◼ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- ◼ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- ◼ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City              State    ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City        State    ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **BGM Consulting LLC** | From <u>01/18/2022</u> To <u>10/31/2024</u> |
| Name | |
| **PO Box 219066** | |
| Street | |
| **Houston, TX 77218** | |
| City        State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City        State    ZIP Code | |

Debtor  **NoCo Hospitality**
_____
Name

Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| City            State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City            State            ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City            State            ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jose Paolo Soriano** | **5905 Leisure Run Rd Austin, TX 78745-3924** | **Managing Member,** | **100.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Charles Ferraro | 3403 Larry Lane Austin, TX 78722 | Managing Member, | From 01/05/2022 <br> To 08/23/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. _____ <br> Name _____ <br> Street _____ <br> _____ <br> City          State     ZIP Code | _____ | _____ | _____ |

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **01/30/2025**
               MM/ DD/ YYYY

X _____                    Printed name    **Jose Paolo Soriano**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**    NoCo Hospitatity

Case No. _____

**Debtor**

Chapter _____ **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    **$1,500.00**

Prior to the filing of this statement I have received ....................................................................    **$1,500.00**

Balance Due .............................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*Kannon Moore*

**01/30/2025**
_____
Date

Kannon Moore
Signature of Attorney          DOCSIGN          1J9L2VZ4-4LJRKKXQ

Bar Number: 24110128
Kannon Moore Law
7500 Rialto Blvd 1-250
Austin, TX 78735
Phone: (512) 379-8080

**Kannon Moore Law**
_____
Name of law firm

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **NoCo Hospitatity**                                        CASE NO

                                                                  CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **01/30/2025**        Signature _____

box SIGN    #YWZRZ7948RKKXQ
Joao Paolo Soriano, Managing Member

**Allen Ojeda**
12800 Briar Forest Dr # 45
Houston, TX 77077

**Artesia Real Estate**
901 S Mopac Barton Oaks Plaza IV Ste 285
Austin, TX 78746

**Bread and Butter Public Relations Inc.**
4131 N Central Expressway Ste 900
Dallas, TX 75204

**CW Hearrell**
310 W HWY
Sherman, TX 75092

**Eastside Boilers**
c/o Gregory Pitt
160 Wildhorse Crk
Buda, TX 78610

**Godspeed Talent**
c/o Sam Kulka
2607 Trailside Dr # 3
Austin, TX 78704

**Gusto**
525 20th Street
San Francisco, CA 94107

**Horizon Bank, SSB**
PO Box 685133
Austin, TX 78768

**inKind Cards Inc.**
inKind Credit Fund LP
600 Congress Ave 1700
Austin, TX 78701

**Internal Revenue Service**
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101

**Intuit, Inc**
2700 Coast Avenue
Mountain View, CA 94043

**Itria Ventures LLC**
1 Penn Plaza # 4915
New York, NY 10119

**Jane Doe**
c/o Louie Cook
653 Everhard RD STE 105
Corpus Christi, TX 78411

**Jesusa Bargas**
c/o Dario Bargas JR
5114 Balcones Woods Drive Ste 307
Austin, TX 78759

**Kaitlyn Manire**
6405 Goldville Ct
Dallas, TX 75244

**Lola Schwab**
5343 Richmond Ave # 9
Houston, TX 77050

**Lucia Zac**
4854 Twin Post Rd
Dallas, TX 75244

**Mackay Perry**
c/o Emily Frost
2499 S Capital of Texas Hwy
Austin, TX 78746

**Mia's Print Shop**
5 Baker Road
Valley Falls, NY 12185

**Nathan Richardson**
ATTN: Counsel for Itria Ventures
1415 Louisiana Street Suite 2100
Houston, TX 77002

**Northward Partners LLC**
451 Logan Rd
Georgetown, TX 78628

**Ricardo Alfonso Vega Castro**
c/o John Duff
719 S Shoreline BLVD
Corpus Christi, TX 78401

**Richard James & Associates Inc**
Attn: Jay Shaw
4317 NE Thurston Way Ste 270
Vancouver, WA 98662

**Teva Construction LLC**
13280 Northwest Fwy Ste f 393
Houston, TX 77040